**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 JUL 17 PM 12: 23

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 4:12CR3072 |
| v. ) | |
| ) | INDICTMENT |
| BRANDON TERRELL DAVIS, and ) LAFAYETTE BYRON DORSEY, ) | (21 U.S.C. § 846, 853) |
| Defendants. ) | |

The Grand Jury Charges:

## COUNT I

Between on or about January 1, 2007, and on or about May 18, 2012, in the District of Nebraska, BRANDON TERRELL DAVIS and LAFAYETTE BYRON DORSEY, the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together and with other persons, to distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance; 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

On or about May 18, 2012, in the District of Nebraska, BRANDON TERRELL DAVIS and LAFAYETTE BYRON DORSEY, the defendants herein, used or intended to use the following: in furtherance of illegal drug activity: $2767.00 in United States currency, seized from the defendants; to commit and or facilitate a controlled substance violation, to wit: conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance; 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in

violation of Title 21, United States Code, Section 846, as alleged in Count I of this Indictment; and alternatively, said currency constitutes proceeds and was derived from proceeds obtained directly and indirectly as a result of the commission of said controlled substance violation. By virtue of the commission of the offense set forth in Count I herein, any and all interest BRANDON TERRELL DAVIS and LAFAYETTE BYRON DORSEY, have in the above described currency hereby vests in the United States and should be forfeited to the same.

In violation of Title 21, United States Code, Section 853.

A TRUE BILL



Foreperson

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that the trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
SARA E. FULLERTON
Assistant United States Attorney