

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING OF INDICTMENT | JULY 31, 2012 |
| 4:12CR3072 | |
| U.S. v. BRANDON TERRELL DAVIS and LAFAYETTE BYRON DORSEY, | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA SARA E. FULLERTON |

    Be advised that the Defendant(s) named in the Indictment listed above, are now in custody. You may now unseal the criminal Indictment listed above pursuant to Fed. R. Crim. P. 6(e)(4).