IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | 4:12CR3072 |
| Plaintiff,            ) | |
| ) | MOTION FOR WRIT OF |
| vs.            ) | HABEAS CORPUS |
| ) | AD PROSEQUENDUM |
| BRANDON TERRELL DAVIS,            ) | |
| ) | |
| ) | |
| Defendant.            ) | |

1. The defendant is presently incarcerated in the Lancaster County Jail, Lincoln, Nebraska, in the custody of the Warden of said facility.

2. It is necessary that the said defendant be before the Honorable Thomas D. Thalken for a hearing beginning on or after August 1, 2012, at 1:30 p.m.

3. The requested Writ is for a federal proceeding unrelated to any criminal charges currently pending in state court.

WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Lancaster County Jail, the Lincoln Police Department, and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

UNITED STATES OF AMERICA,
Petitioner

DEBORAH R. GILG
United States Attorney

By: *(signature)*
SARA E. FULLERTON #18314
Assistant United States Attorney

UNITED STATES OF AMERICA   )
                           ) ss
DISTRICT OF NEBRASKA       )

Sara E. Fullerton, being first duly sworn on oath says that she is an Assistant United States Attorney for the District of Nebraska, that she has read the foregoing Motion, and that the facts set forth therein are true.

_____
SARA E. FULLERTON #18314
Assistant United States Attorney

Subscribed to and sworn to before me this  31st  day of July, 2012.



_____
Notary Public

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

NONE

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

_____
SARA E. FULLERTON #18314
Assistant United States Attorney