# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 4:12CR3072 |
| | ) | |
| vs. | ) | **ORDER FOR WRIT OF HABEAS** |
| | ) | **CORPUS AD PROSEQUENDUM** |
| **BRANDON TERRELL DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter comes before the Court upon the United States' Motion for Writ of Habeas Corpus Ad Prosequendum (Filing No. 7).

**IT IS ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued.

DATED this 31st day of July, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge