IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:12cr3072 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR SUBSTANCE |
| vs. | ) | ABUSE EVALUATION |
| | ) | |
| BRANDON T. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the defendant, Brandon T. Davis, by and through his counsel, Jerry M. Hug, and moves this Court for an Order authorizing a substance abuse evaluation to be arranged by U.S. Pretrial Services for the defendant in this case. In support of this Motion Davis states as follows:

(1) A Pretrial Services report was prepared by U.S. Pretrial Services Officer Mindy Bare on 8/1/2012 for purposes of making a recommendation to the Court regarding pretrial detention. Said report recommends that a substance abuse evaluation be conducted to determine whether an appropriate treatment program could be implemented for purposes of pretrial release in this case.

(2) Davis desires to have an evaluation performed however he is without funds to pay for such evaluation and counsel was appointed pursuant to the Criminal Justice Act.

WHEREFORE, for the aforementioned reasons, Davis respectfully requests an Order from the Court authorizing arrangement of and payment for a substance abuse evaluation by U.S. Pretrial Services.

                                                          BRANDON T. DAVIS, Defendant.

                                      By:   s/ Jerry M. Hug
                                                  #21015
                                                  Alan G. Stoler, P.C., L.L.O.
                                                  1823 Harney St, Ste 1004
                                                  Omaha, NE 68102
                                                  402-346-1733

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of August, 2012 the above was filed via the ECF system in the United States District Court for the District of Nebraska and that system sent electronic notice to: Sara Fullerton, Assistant United States Attorney

/s/ Jerry M. Hug