WHEREFORE, counsel requests the Court enter an Order concluding that the ends of justice are served by granting this continuance and outweigh the best interest of the public and the Defendant in a speedy trial pursuant to Title 18 U.S.C. §3161(h)(7)(A).

        LAFAYETTE BYRON DORSEY,
        Defendant

By:      /s/ Joseph F. Gross, Jr.
      Joseph F. Gross, Jr., #14690
For:  Timmermier, Gross & Prentiss
      8712 W. Dodge Rd., Ste. 401
      Omaha, NE 68114
      (402) 391-4600
      (402) 391-6221 (FAX)
      E-mail: jfgross@tgplaw.com

## CERTIFICATE OF SERVICE

I, Joseph F. Gross, Jr., hereby certify that a copy of the foregoing Unopposed Motion to Continue Date for Filing Pretrial Motions and to Continue Trial and was served on the parties on August 31, 2012, via the Court's ECF system:

Sara Fullerton
U.S. Attorney's Office – Lincoln
sara.fullerton@usdoj.gov

        /s/ Joseph F. Gross, Jr.