IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:12cr3072 |
| | ) | |
| Plaintiff, | ) | MOTION TO EXTEND TIME TO FILE |
| | ) | BRIEF IN SUPPORT OF |
| vs. | ) | MOTION TO SUPPRESS SEARCH |
| | ) | |
| BRANDON DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Jerry M Hug, counsel for Brandon Davis and requests an extension of time to file a Brief in support of the defendant's Motion to Suppress evidence. In support of this request counsel states as follows:

(1)   Counsel received Rule 16 discovery on August 20, 2012.

(2)   Counsel traveled to Saline County to meet with Davis on August 29, 2012 to discuss the case and discovery.

(3)   Counsel has been out of the office on work related travel and jail visits on both August 29th and August 30th.

(4)   Counsel's representation of two state court clients on Motions for Postconviction Relief, one involving a life sentence and another case involving the death penalty, required said Motions to be filed prior to August 27, 2012 in Nebraska due to a newly imposed statutory deadline. Said deadline made it difficult for counsel to spend time reviewing the discovery in this case and formulate pretrial motions until after August 27, 2012.

(5)   The recent press of business in light of the date that discovery was obtained has kept counsel from being able to spend adequate time writing a brief in support of the Motion to Suppress Search in this case.

(6)   NECrimR 12.3(b)(1) states the court may treat a party's failure to simultaneously file a brief as an abandonment of the motion.

WHEREFORE, for the aforementioned reasons, counsel requests an extension until

September 7, 2012 to file a brief in support of Davis' Motion to Suppress.

                                  BRANDON DAVIS, Defendant.
                        BY:   /s/ Jerry M. Hug
                                  #21015
                                  1823 Harney Street, Suite 1004
                                  Omaha, NE 68102
                                  (402) 346-1733

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Sara Fullerton, Assistant United States Attorney.

/s/ Jerry M. Hug