IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRANDON TERRELL DAVIS,<br><br>　　　　　　Defendant. | 4:12CR3072<br><br>**MEMORANDUM AND ORDER** |

The defendant has moved to suppress evidence obtained during a residential search conducted pursuant to a search warrant. The defendant states there was no probable cause to issue the warrant. Accordingly,

IT IS ORDERED:

1) On or before September 17, 2012, the defendant shall file an index of evidence in support of his motion which includes a copy of the warrant application, the warrant issued, and the warrant return.

2) The index of evidence and its accompanying exhibits shall be filed as restricted access documents.

September 7, 2012.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge