IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:12cr3072 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO RESTRICT |
| | ) | |
| BRANDON DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the defendant, Brandon Davis, by and through counsel Jerry M. Hug,

and moves the Court for an Order authorizing the filing of the Index of Evidence as a

restricted document pursuant to this Court's Order [Filing #34].

BRANDON DAVIS, Defendant.
BY:   /s/ Jerry M. Hug
      #21015
      1823 Harney Street, Suite 1004
      Omaha, NE 68102
      (402) 346-1733


CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Sara Fullerton, Assistant United States Attorney.

/s/ Jerry M. Hug

1