IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO.: 4:12CR3072 |
| Plaintiff, | ) | |
| | ) | **WAIVER OF SPEEDY** |
| vs. | ) | **TRIAL AFFIDAVIT** |
| | ) | |
| LAFAYETTE BYRON DORSEY, | ) | |
| | ) | |
| Defendant. | ) | |

Lafeyette Byron Dorsey, states as follows:

1.　　That I received and reviewed the Unopposed Motion for Continuance of Date for File Pretrial Motions and Continue Trial Date.  After reading the motion, I have had the opportunity to discuss this motion with my counsel and understand the necessity for the filing of the motion and agree that the motion should be filed.  Specifically, I understand that the additional time requested by my counsel may be excludable time for the purposes of computing any Speedy Trial Act deadlines and continue to believe that the motion should be filed and granted.

2.　　That I understand the filing of this motion has the effect of excluding days otherwise countable under the Speedy Trial Act so that my trial date might not be as soon as it otherwise would without the filing of this motion.  I agree and understand with the filing of this motion taking into account the Speedy Trial Act and request that the Court grant the motion.

Pursuant to Title 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___4th___ day of September, 2012.

_____
Lafayette Byron Dorsey

## CERTIFICATE OF SERVICE

I, Joseph F. Gross, Jr., hereby certify that a copy of the foregoing Speedy Trial Affidavit and was served on the parties on September __18__, 2012, via the Court's ECF system:

Sara Fullerton
U.S. Attorney's Office – Lincoln
sara.fullerton@usdoj.gov

_____/s/ Joseph F. Gross, Jr._____