IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BRANDON TERRELL DAVIS and<br>LAFAYETTE BYRON DORSEY<br><br>                Defendants. | 4:12CR3072<br><br>**ORDER** |

      IT IS ORDERED, the trial of this case is set to commence before the Honorable John M. Gerrard at 9:00 a.m. on October 23, 2012, or as soon thereafter as the case may be called, for a duration of five (5) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

      Dated this 21st day of September, 2012.

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge