IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CR3072 |
| vs. | |
| BRANDON TERRELL DAVIS, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's findings and recommendation (filing 42), recommending that the defendant's motion to suppress (filing 27) be denied in all respects. The defendant has objected to the findings and recommendation. Filing 44. Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the findings and recommendation of the Magistrate Judge.

THEREFORE, IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 42) is adopted;

2. The defendant's objection (filing 44) is overruled; and

3. The motion to suppress (filing 27) is denied in all respects.

Dated this 10th day of October, 2012.

BY THE COURT:

John M. Gerrard
United States District Judge