IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:12cr3072 |
| | ) | |
| Plaintiff, | ) | MOTION FOR PRETRIAL RELEASE |
| | ) | |
| vs. | ) | |
| | ) | |
| BRANDON DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the defendant, Brandon Davis, by and through counsel, Jerry M. Hug, and moves this Court for an Order authorizing investigation of the proposed plan by U.S. Pretrial Services and subsequently pretrial release should the investigation deem it appropriate. In support of this Motion, Davis states as follows:

(1) Davis is currently in custody at the Diagnostic and Evaluation Center in Lincoln, NE;

(2) Davis has had a substance abuse evaluation completed and the recommendation is that he attend intensive out patient treatment. This report has been forwarded to counsel by U.S. Pretrial Services. Davis has informed counsel that he desires to attend substance abuse counseling as part of pretrial release. Davis lost his residence as a result of his arrest.;

(3) Molly Rappl, a friend of Davis, is willing to allow Davis to stay at her home in Lincoln, NE under terms and conditions of pretrial release to include attending treatment;

(4) Counsel has discussed the general requirements of pretrial release with Ms. Rappl who confirmed with counsel that she is willing to allow Davis to reside at her home;

(5) Counsel can provide Ms. Rappl's contact information to U.S. Pretrial Services for initial investigation purposes should the Court be willing to consider release in this case; and

(6) Davis is scheduled for a change of plea hearing on November 27, 2012.

WHEREFORE, for the aforementioned reasons, Davis requests an Order of the Court authorizing investigation of the proposed release plan by U.S. Pretrial Services and any further action that the Court may deem necessary.

        BRANDON DAVIS, Defendant.
BY: /s/ Jerry M. Hug
#21015
1823 Harney Street, Suite 1004
Omaha, NE 68102
(402) 346-1733

### CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Sara Fullerton, Assistant United States Attorney.

/s/ Jerry M. Hug