FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2012 NOV 27   AM 11: 24

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )    CASE NO. *4: 12 CR 3072*

          Plaintiff,        )

                      )    PETITION TO ENTER  A
                      )    PLEA OF GUILTY

      vs.             )

*Lafayette Byron Dorsey* Defendant    )

                      )

                      )

I, *Lafayette Byron Dorsey*, the defendant inform the judge that I want to plead GUILTY to Count(s) *1 and forfeiture allegation* of the (indictment ~~or superseding indictment or information~~) and that the following answers are true:

## A.   BACKGROUND QUESTIONS:

1.   How old are you? *7/03/81 DOB    31 yrs old*

2.   How much education have you had? *High School + 2 yrs of College*

3.   Have you ever been under the care of a doctor or in a hospital or institution for drug or alcohol treatment or addiction?

                          Yes _____ No _✓_

    If so, when and where? _____

4.   Have you ever been under the care of a doctor or in a hospital for a mental or emotional condition?

                          Yes _____ No _✓_

    If so, when and where? _____

5.   If an attorney is now representing you in this case:

    a)   What is your attorney's name? *Joseph Gross*

    b)   Have you had enough time to talk with your attorney ?

                          Yes _✓_ No _____

    c)   Have you told your attorney everything about your case?

                          Yes _✓_ No _____

Revised April 29, 2011

d)      Are you satisfied with the job he or she has done for you?

Yes _√_   No _____

e)      If you have any objections to the way the attorney has represented you, what are those objections?

_I have no objections_____

_____

_____

_____

_____

6.      Do you understand the charge(s) against you?

Yes _√_   No _____

B.      CONSTITUTIONAL RIGHTS - WAIVERS

The questions in this section are designed to inform you of valuable constitutional rights you will give up by pleading guilty.

7.      Do you understand that you have a right to plead NOT GUILTY to every charge filed against you?

Yes _√_   No _____

8.      Do you understand that, if you plead NOT GUILTY, you have the following constitutional rights:

a)      the right to a speedy and public trial by jury

Yes _√_   No _____

b)      the right to an attorney at all stages of the proceedings, and, if you cannot afford to pay an attorney, one will be appointed to represent you

Yes _√_   No _____

c)      the right to see and hear all witnesses called to testify against you and the right to cross-examine them

Yes _√_   No _____

d)      the right to use the court's subpoena power to compel the attendance of witnesses and the production of other evidence at trial

Yes _√_   No _____

e)      the right to take the witness stand or not, as you choose, and that you cannot be required to take the witness stand

Yes _√_   No _____

f)   the right not to testify and the jury cannot take this as evidence against you
Yes __✓__   No _____

g)   the right to be presumed innocent until and unless the United States has proven you guilty of the offense beyond a reasonable doubt by the unanimous agreement of all 12 jurors.
Yes __✓__   No _____

9.   Do you understand that, if you plead GUILTY, you will be found guilty of the offense without a trial and you will have given up all of the above rights, except the right to an attorney?
Yes __✓__   No _____

10.   Do you understand that, if you plead GUILTY to a felony offense, you will be convicted of a felony? A felony conviction may deprive you of valuable civil rights, such as the right to vote, to hold public office, to serve on a jury and to possess any kind of firearm.
Yes __✓__   No _____

11.   Do you understand that if you are not a United States citizen, that under immigration law, your guilty plea will be considered by immigration officials in determining whether you are deported, that is, removed from the United States?
Yes __✓__   No _____

12.   Do you understand that in nearly all cases involving drug trafficking and in most federal felony cases, if you are not a U.S. citizen your guilty plea will result in your permanent removal from the United States?
Yes __✓__   No _____

C.   SENTENCING - GENERAL

The questions in this section are designed to assure the judge that you understand aspects of the sentencing process.

Answer question 13 only if you are pleading guilty pursuant to an 11(c)(1)(C) agreement. Otherwise, move on to question 14:

13.   Do you understand that the judge may accept or reject your plea agreement? If the judge rejects your plea agreement, you may withdraw your guilty plea. If the judge accepts your plea agreement, the judge must follow its terms. That is, the judge must impose any specific sentence or apply the sentencing range, specific Sentencing Guidelines provisions, policy statements, or sentencing factors agreed upon by you and the government in the plea agreement. Your sentence will follow the terms of the agreement, which may be the same, greater or lesser than the sentence you would have received had you pleaded not guilty and had been

Revised April 29, 2011

convicted by a jury.

Yes _____ No _____

If you answered question 13, skip question 14 and proceed to question 15.

14. Do you realize that:

    a)     if you plead GUILTY, the judge may impose the same punishment as if you had pleaded NOT GUILTY and had been convicted by a jury?

Yes __✓__ No _____

    b)     the sentence you will receive is solely a matter for the judge to decide?

Yes __✓__ No _____

    c)     there is no guarantee your sentence will be within any particular sentencing guideline range?

Yes __✓__ No _____

15. What are the mandatory minimum and maximum punishments required by law for the offense or offenses to which you are pleading guilty?

| Count | Imprisonment | | Fine | | Supervised Release | | Special Assessment |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | min | max | min | max | min | max | |
| 1 | 5yrs | 40yrs | -0- | 5,000,000 | 4yrs | 4ys | $100 |
| Forfeiture to $2,767 in | | the forfeiture allegation | | | | | |
| | | | | | | | |

16. Do you understand that probation is generally not available if there is a mandatory minimum penalty?

Yes __✓__ No _____

17. Will you be forfeiting any property to the United States as a result of your guilty plea?

Yes __✓__ No _____

18. Do you realize that, if you plead GUILTY, the judge may require you to make restitution to any victim of the offense?

Yes __✓__ No _____

19. Do you understand that, if you are convicted of any offense consisting of possession or distribution of controlled substances, you may be ineligible for any and all federal benefits?

Yes __✓__ No _____

20. Do you realize that the judge must require you to pay on each count to which you

Revised April 29, 2011

4

are convicted a special assessment as follows:  each felony count $100; each misdemeanor count $5 to $25?

Yes __✓__   No _____

21.   If you are on probation, parole or supervised release from any court, do you know that by pleading GUILTY here your probation, parole or supervised release may be revoked and you may be required to serve time in that case in addition to any sentence imposed upon you in this case?

Yes __✓__   No _____

## D.   ADVISORY SENTENCING GUIDELINES

You will be sentenced by the judge after consideration of the advisory federal sentencing guidelines and other important pertinent factors.  It is important that you understand certain consequences of these guidelines.

22.   Have you spoken in detail with your attorney about the advisory sentencing guidelines?

Yes __✓__   No _____

23.   Have you thoroughly discussed with your attorney the sentencing table and the concepts of "offense level" and "criminal history"?

Yes __✓__   No _____

24.   Do you understand that there are numerous factors that may increase your sentence under the advisory sentencing guidelines?

Yes __✓__   No _____

25.   Do you understand that the judge is required to take into account all conduct, circumstances, and injuries associated with your criminal conduct, whether or not this conduct is charged by the government in the crime to which you are pleading guilty?  Thus, under the advisory sentencing guidelines, the judge will consider all relevant conduct at the time of sentencing, even if you are pleading guilty to less than all counts in the indictment.

Yes __✓__   No _____

26.   Do you understand that parole has been abolished in the federal system? Thus, if you are sentenced to a term of imprisonment, you will serve that term, less no more than 54 days per year you earn for good conduct.  There is no good conduct time awarded on sentences of less than one year and one day.

Yes __✓__   No

27.    Do you understand that, if you are sentenced to a term of imprisonment, the judge will typically impose a period of supervised release to follow your release from imprisonment?

Revised April 29, 2011

Yes ✓   No

28.   Do you understand that during any period of supervised release your activities will be limited by conditions set by the judge and that violation of any of those conditions may result in the judge's revoking the term of supervised release, requiring you to serve in prison all or part of the term of supervised release without credit for time previously served on postrelease supervision, and imposing another term of supervised release?

Yes ✓   No____

29.   Do you understand that even though you may have a signed a cooperation plea agreement, the government has the authority to decide whether to file a motion requesting the judge grant you leniency as a result of cooperation?  In most cases, a judge cannot make the government file such a motion and absent such a motion the judge cannot impose a sentence less than the mandatory minimum penalty prescribed by law; and even if such a motion is filed, the judge may not grant such a motion or grant you the leniency that you had hoped for.

Yes ✓   No_____

E.   VOLUNTARY NATURE OF PLEA

30.   Are your plea of GUILTY and the waivers of your rights made voluntarily and completely of your own choice, free of any force or threats from anyone?

Yes ✓   No_____

31.   a)   Has any plea agreement been made by you with anyone which causes you to plead GUILTY?

Yes ✓   No_____

      b)   If so, exactly what is that agreement? (Attach the agreement, if it is in writing)

_See attached plea agreement segned on November 2, 2012 by mr. Dorsey and his attorney_

      c)   What are your reasons for entering into the agreement?

_I entered into the agreement because I am guilty and by pleading guilty and accepting responsibility I hope to return to my family as soon as pssble._

      d)   Do you understand that the judge may reject the agreement, if the judge finds that the plea agreement is not in the interest of justice?

Yes ✓   No_____

32.   Has anyone made any promise that causes you to plead GUILTY, aside from the

Revised April 29, 2011

promises, made in your plea agreement?

Yes _____ No ✓

33. Has any officer, attorney or agent of any branch of the government (federal, state or local) promised, suggested or predicted that you will receive a lighter sentence, or probation, or any other form of leniency if you plead GUILTY?

Yes _____ No ✓

34. Has the judge suggested what your actual sentence will be?

Yes _____ No ✓

35. Are you under the influence of any kind of alcohol, medicine or drug that is, in the least way, interfering with your ability to think clearly and understand exactly what you are doing in answering these questions?

Yes _____ No ✓

36. Are you pleading GUILTY for any reason other than the fact that you are guilty?

Yes _____ No ✓

37. Is there any other information or advice that you want before you enter a plea?

Yes _____ No ✓

F. CONCLUSION / FACTUAL BASIS

38. Has your attorney gone over all of these questions and your answers to them?

Yes ✓ No _____

39. Do you understand all of these questions?

Yes ✓ No _____

If not, which questions don't you understand?

_____

_____

_____

40. Are you GUILTY?

Yes ✓ No _____

41. What acts did you do that cause you to think you are guilty of the charge(s) to which you want to plead GUILTY?

*Sometime beginning approximately in 2004, I began to sell cocaine and marijuana. This continued until May 2012 in Nebraska. I knew that my conduct was in violation of law.*

42. **Limited English proficient defendants must answer the following question:**

Revised April 29, 2011

7

This petition and the other documents referred to in the petition including any written plea agreement were read to me in my native language by an interpreter.  The interpreter also interpreted all questions and answers between me and my attorney in completing the above documents.  I understood the interpretation of the above documents and of the questions and answers between me and my attorney.  Is this true?

Yes _____  No _____

Signed in the presence of my attorney this _____2nd_____ day of _November, 2012_

_____
Defendant

Revised April 29, 2011

8

## CERTIFICATE OF DEFENSE ATTORNEY

I, as attorney for the defendant, hereby certify that:

1.      I have read and fully explained to the defendant the allegations contained in the indictment or information in this case.

2.      The plea of guilty offered by the defendant to count(s) *1 AND the* _forfeiture_ accords with my understanding of the facts the defendant has related to me, is consistent with my advice to the defendant, and in my opinion is voluntarily and understandingly made.

3.      I assure the court that I have advised the defendant about the sentencing procedures under the advisory sentencing guidelines and 18 U.S.C. Section 3553(a) and have explained to the defendant the potential consequences of a plea of guilty in light of the matters set out in section D of this petition.

Signed by me in the presence of the defendant and after full discussion of the contents of this petition to enter a plea of guilty, this *2nd* day of *November* , *2012*.

_____
Attorney for the Defendant

## CERTIFICATE OF PROSECUTING ATTORNEY

I, as attorney for the government, hereby certify that:

I have reviewed this petition to enter a plea of guilty and in my judgment, acceptance of the defendant's plea(s) of guilty to the charge(s) in question will not undermine the statutory purposes of sentencing.

Signed by me this ____ day of _____, _____

_____
Attorney for the Government

# DECLARATION OF INTERPRETER

I, _____, have served as
interpreter in_____ (language) for the defendant in this matter, and:

1.    I sight translated for the defendant, or interpreted between the defense attorney and the defendant, the following:  (X all which apply)
      _____ Indictment
      _____ Waiver of indictment
      _____ Information
      _____ Petition to enter a plea of guilty
      _____ Plea agreement
      _____ Other

2.    I, sight translated the above documents for the defendant in the presence of the attorney on the following occasions:  (Insert all dates applicable) _____

_____

_____

3.    During the session (s) set forth above, I interpreted the remarks of the defendant's attorney to the defendant, the responses of the defendant to the attorney, all the questions the defendant asked and all the responses from the attorney.

4.    The defendant's answers are consistent with the questions asked by the defendant's attorney.

5.    I am proficient in the _____ (language understood by the defendant) and English languages and I am able to accurately sight translate written matters and interpret oral conversation in the aforementioned languages.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this _____ day of _____ , _____.

_____
Interpreter

Revised April 29, 2011

11