IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>BRANDON TERRELL DAVIS,<br><br>           Defendant. | 4:12CR3072<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on the Magistrate Judge's findings and recommendation on a guilty plea (filing 61) recommending that the Court accept the defendant's plea of guilty. There are no objections to the findings and recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NeCrimR 11.2(d), the Court has conducted a de novo review of the record and adopts the findings and recommendation of the Magistrate Judge.

THEREFORE, IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation on a guilty plea (filing 61) are adopted.
2. The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea.
3. This case shall proceed to sentencing.

Dated this 15th day of January, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge