IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3072 |
| | ) | |
| v. | ) | |
| | ) | STATEMENT OF POSITION |
| LAFAYETTE BYRON DORSEY, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and hereby states that it has no objections to the substantive findings of the Revised Presentence Investigation Report.

Dated this 24th day of January, 2012.

Respectfully submitted,

UNITED STATES OF AMERICA,

BY:   DEBORAH R. GILG
      United States Attorney, D.NE.

And:   _s/Sara E. Fullerton_____
       SARA E. FULLERTON #18314
       Assistant United States Attorney
       487 Federal Building
       100 Centennial Mall North
       Lincoln, NE   68508
       (402) 437-5241
       Fax: (402) 437-5390

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Joseph F. Gross, Esq.

and I hereby certify that I have caused this document to be electronically mailed to the following non CM/ECF participants:

Craig R. Ford, Probation Officer

*s/Sara E. Fullerton*

SARA E. FULLERTON #18314
Assistant United States Attorney