IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3072 |
| | ) | |
| v. | ) | |
| | ) | STATEMENT OF POSITION |
| BRANDON TERRELL DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and hereby states that it has no objections to the substantive findings of the Revised Presentence Investigation Report.

Dated this 28th day of January, 2013.

                          Respectfully submitted,

                          UNITED STATES OF AMERICA,

BY:    DEBORAH R. GILG
         United States Attorney, D.NE.


And:    *s/Sara E. Fullerton*
          SARA E. FULLERTON #18314
          Assistant United States Attorney
          487 Federal Building
          100 Centennial Mall North
          Lincoln, NE   68508
          (402) 437-5241
          Fax: (402) 437-5390

CERTIFICATE OF SERVICE

  I hereby certify that on January 28, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jerry M. Hug, Esq.

and I hereby certify that I have caused this document to be electronically mailed to the following non CM/ECF participants:

Jennifer L. Baker, Probation Officer

            *s/Sara E. Fullerton*
            SARA E. FULLERTON #18314
            Assistant United States Attorney