IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　 )<br>vs. )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>**BRANDON TERRELL DAVIS,** )<br>　　　　　　　　　　　　　　　 )<br>　　　　Defendant. ) | 4:12CR3072-1<br><br><br>**ADOPTION OF THE**<br>**PRESENTENCE REPORT** |

COMES NOW the defendant, Brandon Terrell Davis, by and through his attorney, Jerry M. Hug, and pursuant to the Court's Order submits that guideline calculations in the Presentence Investigation are accurate.

WHEREFORE, Davis, adopts the Presentence Investigation Report in this case.

　　　　　　　　　　　　　　　BRANDON TERRELL DAVIS, Defendant.

　　　　　　　　　　　BY:　　/s/ Jerry M. Hug
　　　　　　　　　　　　　　　#21015
　　　　　　　　　　　　　　　1823 Harney Street, Suite 1004
　　　　　　　　　　　　　　　Omaha, NE  68102
　　　　　　　　　　　　　　　(402) 346-1733


## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2013 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of the such filing to the following: Sara Fullerton, Assistant United States Attorney.

/s/ Jerry M. Hug