IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>vs.<br><br><br>**BRANDON TERRELL DAVIS,**<br>Defendant. | 4:12CR3072-1<br><br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING** |

COMES NOW the defendant, Brandon Terrell Davis, by and through his attorney, Jerry M. Hug, and requests a continuance of the sentencing date currently set for March 4, 2013. In support of this Motion Davis states as follows:

1. Davis is currently in a treatment program and being monitored by U.S. Pretrial Services.

2. U.S. Pretrial Services officer Fred Samway has reported to counsel as of last week that Davis is doing well in the program, maintaining employment and complying with the terms of pretrial release as required.

3. Davis has approximately 60 days left before completion on the program.

4. Counsel has conferred with AUSA Sara Fullerton who has no objection to the requested continuance.

WHEREFORE, Davis, requests an Order continuing the case for at least 60 days or for as long as the Court should deem necessary.

BRANDON TERRELL DAVIS, Defendant.

BY:   /s/ Jerry M. Hug
      #21015

>1823 Harney Street, Suite 1004
>Omaha, NE 68102
>(402) 346-1733

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2013 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of the such filing to the following: Sara Fullerton, Assistant United States Attorney.


/s/ Jerry M. Hug