# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                **4:12CR3072-1**

          vs.

BRANDON TERRELL DAVIS,                                        **ORDER**

                    Defendant.

          IT IS ORDERED that:

          1.     The defendant's unopposed motion to continue sentencing date
                 (filing 77) is granted.

          2.     Defendant Brandon Terrell Davis' sentencing is continued to
                 Monday, May 6, 2013, at 10:00 a.m., before the undersigned
                 United States District Judge, in Courtroom No. 1, Robert V.
                 Denney United States Courthouse and Federal Building, 100
                 Centennial Mall North, Lincoln, Nebraska. The defendant shall
                 be present at the hearing.

          Dated this 25th day of February, 2013.

                                        BY THE COURT:

                                        John M. Gerrard
                                        United States District Judge