IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>BRANDON TERRELL DAVIS, and<br>LAFAYETTE BYRON DORSEY,<br><br>               Defendants. | 4:12CR3072<br><br>**MOTION FOR FINAL ORDER<br>OF FORFEITURE** |

       COMES NOW the Plaintiff, United States of America, and respectfully requests this Court issue a Final Order of Forfeiture in the above-captioned matter.

       1. On December 10, 2012, this Court entered a Preliminary Order of Forfeiture (Filing No. 66), forfeiting the Defendants' interests in $2,767.00 in United States currency.

       2. Pursuant to said Preliminary Order, the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on February 25, 2013 (Filing No. 79). No person or entity has filed a Petition setting forth any legal or equitable interest in the subject property.

WHEREFORE, the Plaintiff, United States of America, respectfully requests this Court issue a Final Order of Forfeiture in this matter.

                Respectfully submitted,

                UNITED STATES OF AMERICA,
                Plaintiff

                DEBORAH R. GILG
                United States Attorney

                *s/Nancy A. Svoboda*

By:              
                NANCY A. SVOBODA   (#17429)
                Assistant U.S. Attorney
                1620 Dodge Street, Suite 1400
                Omaha, Nebraska   68102-1506
                (402) 661-3700

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system.   Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                *s/Nancy A. Svoboda*

                NANCY A. SVOBODA
                Assistant U.S. Attorney