PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

APR 2 2 2013

OFFICE OF THE CLERK

U.S.A. vs. Brandon Davis                             Docket No. 4:12CR3072

Amended Petition for Action on Conditions of Pretrial Release

COMES NOW Fred Samway, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Brandon Davis, who was placed under pretrial release supervision by the Honorable Cheryl R. Zwart sitting in the Court at Lincoln, NE, on December 13, 2012, under the following condition:

n)   *Not possess or use a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. (n)*

Respectfully presenting petition for action of Court and for cause as follows:

On or about April 1, 2013, the defendant possessed and used cocaine as revealed in a urine specimen, which he submitted to Western Alternative Corrections in Hastings. The specimen was positive for Benzoylecgonine, as confirmed by two separate tests, this in violation of condition (n) of the Order Setting Conditions of Release.

PRAYING THAT THE COURT WILL ORDER a sealed warrant be issued for the defendant's arrest so that he may appear before the Court to answer to the allegations of this petition.

ORDER OF COURT

Considered and ordered this __22nd__ day of __April__, 20__13__ ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 22, 2013

_____
U.S. Pretrial Services Officer

Place: Lincoln, NE