4:12-cr-03072-JMG-CRZ   Doc # 110   Filed: 05/06/13   Page 2 of 6 - Page ID # 363

Defendant: BRANDON TERRELL DAVIS
Case Number: 4:12CR3072-001

Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **60 months**.

The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant participate in the 500-hour Intensive Drug Treatment Program or any similar drug treatment program available.

2. **That the defendant be incarcerated in a federal facility as close to Lincoln, Nebraska, as possible.**

3. Defendant should be given credit for time served. Defendant has been in custody since 5/18/12 through 12/10/12 and from 4/22/13 through this date 5/6/13.

4. That the defendant be given vocational training appropriate to his education and life experience while incarcerated.

The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ____ day of _____, 20___.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the 23rd day of July, 20 13 to FPC Yankton, SD, with a certified copy of this judgment.

J. S. Willis, Warden
UNITED STATES WARDEN
BY: Robert Hale, CSO

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this ____ day of _____, 20___.

_____
UNITED STATES WARDEN

BY: _____

2